Cameron Kirk, Jr. Esq. (SB # 108013)
Karin P. Beam, Esq. (SB #112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:     (707) 524-1906
Email: kirk@smlaw.com
Email: beam@smlaw.com

Attorneys for Defendant WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST COAST METAL, INC., a corporation,<br><br>Defendant. | Case No.:  C11-01364 DMR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, the Initial Case Management Conference scheduled for September 21, 2011 at 1:30 p.m. be continued out for 60 days.  The parties are negotiating terms of a settlement and would need to submit it for a 45-day review period to the Environmental Protection Agency and Department of Justice pursuant to 40 C.F.R. § 135.5.  The parties anticipate resolving the matter in the near term.

///

///

///

///

**SO STIPULATED.**

DATED:                                SPAULDING McCULLOUGH & TANSIL LLP
                                         Attorneys for Defendant West Coast Metals, Inc.

By:           /s/          
      Cameron Kirk, Jr. Esq.

DATED:                                LOZEAU DRURY LLP
                                       Attorneys for Plaintiff CALIFORNIA
                                       SPORTFISHING PROTECTION ALLIANCE

By:           /s/          
      Douglas J. Chermak, Esq.

******

### [~~PROPOSED~~] ORDER

This Court, having read and considered the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference currently set for September 21, 2011 at 1:30 pm be continued to November 16, 2011 at 1:30 pm.

DATED:                               
                                       UNITED STATES MAGISTRATE JUDGE