**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>WEST COAST METALS, INC.,<br><br>  Defendant.<br>_____/ | No. C-11-01364 DMR<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The court is in receipt of the parties' request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for November 16, 2011 has been CONTINUED to **February 15, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than February 8, 2012.

IT IS SO ORDERED.

Dated: November 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge