Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th St., Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
 PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>WEST COAST METAL, INC., a corporation,<br><br>    Defendant. | Case No. C11-01364 DMR<br><br>NOTICE OF SETTLEMENT;  STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS AND VACATING EXISTING DEADLINES AS MODIFIED<br><br>Magistrate Judge: Hon. Donna M. Ryu<br><br>Further Case Management Conference:  June 13, 2012<br>Time: 1:30 p.m.<br>Courtroom: 4 |

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action.  The settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2).[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Notice Of Settlement; Stipulation and [Proposed] Order Staying Proceedings and Vacating Existing Deadlines

1

Case No. C11-01364 DMR

1  parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

2  Such notice was mailed to the agencies on May 16, 2012.  The regulatory agencies' review period

3  will end by approximately July 9, 2012 (allowing forty-five days for agency review and

4  approximately nine days for mailing time).  If any of the reviewing agencies object to the proposed

5  Settlement Agreement, the parties would require additional time to meet and confer and attempt to

6  resolve the agencies' concerns.  At the end of the 45-day review period, the parties will file either a

7  Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a notice

8  that the agencies objected to the proposed Settlement Agreement.

9      In light of the settlement agreement entered into by the parties and the need to await the

10 conclusion of the agencies' 45-day review period, Plaintiff California Sportfishing Protection

11 Alliance ("CSPA") and Defendant West Coast Metal, Inc. ("WCM"), through their respective

12 counsel, stipulate and agree as follows:

13     **WHEREAS**, on March 22, 2011, CSPA filed its complaint in this action;

14     **WHEREAS**, CSPA and WCM have been diligently engaged in settlement discussions since

15 prior to the filing of the complaint;

16     **WHEREAS**, the parties successfully completed and executed a Settlement Agreement on

17 May 9, 2012.

18     **WHEREAS**, on May 16, 2012, the parties submitted the Settlement Agreement via certified

19 mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must now

20 await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33 U.S.C. §

21 1365(c)(2);

22     **WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve

23 costs incurred in this matter pending the agencies review of the executed settlement agreement;

24     **WHEREAS**, in light of the parties' entering into the settlement agreement and the need to

25 allow the federal agencies 45 days to review the Settlement Agreement, the parties further request

26 that the Court immediately stay all proceedings in this action until July 18, 2012, by which date the

27 parties expect to have filed a Stipulation for Approval of Settlement Agreement and Dismissal of

28

1  Plaintiff's Claims with the Court.

2  **THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and WCM,

3  through their respective counsel of record, that the Court stay all proceedings in this action until July

4  18, 2012, and, with the exception of this Stipulation, vacate all deadlines and dates currently

5  scheduled by the Court.

6  May 16, 2012                                         Respectfully submitted,

7

8                                                      /s/ *Douglas J. Chermak*
                                                       Douglas J. Chermak
9                                                      *Attorney for Plaintiff* CALIFORNIA
                                                       SPORTFISHING PROTECTION ALLIANCE
10

11                                                     /s/ *Cameron S. Kirk*
                                                       (as authorized on 5/16/12)
12                                                     *Attorney for Defendant* WEST COAST
                                                       METAL, INC.
13

14
   PURSUANT TO STIPULATION, IT IS SO ORDERED.   IT IS FURTHER ORDERED that the
15
   parties must file a joint letter regarding the status of the settlement by July 20, 2012.
16

17
   Dated:  May 17, 2012
18
                                                       IT IS SO ORDERED
19                                                     AS MODIFIED
20                                                     Donna M. Ryu
                                                       United States Magistrate Judge
21                                                     Judge Donna M. Ryu
22

23

24

25

26

27

28