MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>WEST COAST METAL, INC., a corporation.<br><br>        Defendant. | Case No. C11-10364 DMR<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]** |

WHEREAS, on December 23, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant West Coast Metal, Inc. ("WCM") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on March 22, 2011, CSPA filed its Complaint against WCM in this Court, *California Sportfishing Protection Alliance v. West Coast Metal, Inc,* Case No. C11-10364-DMR. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and WCM, through their authorized representatives and without either adjudication of CSPA's claims or admission by WCM of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the

Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and WCM is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims. In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 18, 2015, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

This Dismissal may be pled as a full and complete defense to, and may be used as the basis for and injunction against any lawsuit which may be filed in breach of the Settlement Agreement.

Dated: July 18, 2012            Respectfully submitted,

                                  LOZEAU DRURY LLP

                                  By:   /s/ *Douglas J. Chermak*
                                         Douglas J. Chermak
                                         Attorneys for Plaintiff California Sportfishing
                                         Protection Alliance

                                SPALDING MCCULLOUGH & TANSIL LLP

                                By:   *Cameron Scott Kirk* (as authorized on 7/18/12)
                                         Cameron Scott Kirk
                                         Attorney for Defendant
                                         West Coast Metal, Inc.

# [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant West Coast Metal, Inc., as set forth in the Notice and Complaint filed in Case No. C11-10364, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 18, 2015 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   July 19, 2012

_____
Judge Donna M. Ryu
United States Magistrate Judge

